# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CR-00070 JAO |
| CASE NAME: | United States of America v. (01) Blaine Louis Jacintho<br>(02) Keoni Allen Holi |
| ATTYS FOR PLA: | Margaret Nammar<br>Nicole Hudspeth |
| ATTYS FOR DEFT: | (01) Randall Hironaka<br>(02) Gary Singh |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 06/06/2023 | TIME: | 8:30am-8:55am (stat. conf.)<br>8:55am-2:45pm |

COURT ACTION:  EP: Status Conference held; Jury Trial, Day 2 as to Defendants (01) Blaine Louis Jacintho and (02) Keoni Allen Holi was held.

Defendants (01) Blaine Louis Jacintho and (02) Keoni Allen Holi were present, not in custody.

DEA TFO Jared Lee was also present.

Status Conference held.  Discussion held re: jury instruction.

8:55 am 13 jurors present.

Plaintiff's Witnesses:
4) Andrea Larick (previously CST for continued D, C, RD)
2) Joshua Kent (previously CST for further D, C, RD)
5) Joseph Soeka (CST for D, C, RD)
6) Rolando Lopez (CST for D, C, RD, RC)
7) Tyler Yates (CST for D, C, RD)

Plaintiff's Admitted Exhibits: 7, 7A, 7A2, 46, 62, 65, 67, 71, 71A, 71B, 71B-1, 71C, 71C-1, 71C-2, 71C-3, 71C-4, 71D, 71D-1, 71D-2, 71D-3, 71E, 71F, 71G, 71H, 71I, 71J, 71K, 71L, 71M, 71N, 71O

2:33 p.m.  13 jurors excused.

Discussion held outside the presence of the jury.

Further Jury Trial - Day 3, SET for 6/7/2023 at 8:45 a.m. before the Honorable Jill A. Otake.

Status Conference re: jury instructions is SET for 6/7/2023 at 2:30 PM in Aha Kanawai before the Honorable Jill A. Otake.

Submitted by: Shelli Mizukami, Courtroom Manager